# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LARRY NELSON, et al.,<br><br>Defendants. | Case No. 3:20-cv-00211-MMA-AHG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT LARRY NELSON TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[Doc. No. 4] |

Having considered the Joint Motion to Extend Time for Defendant LARRY NELSON to Respond to Plaintiff SAFECO INSURANCE COMPANY OF AMERICA's Complaint (the "Joint Motion"), and good cause having been shown, the Court **GRANTS** the Joint Motion. Accordingly, **IT IS HEREBY ORDERED THAT** Defendant LARRY NELSON shall respond to the Complaint of Plaintiff SAFECO INSURANCE COMPANY OF AMERICA on or before **May 4, 2020**.

**IT IS SO ORDERED**

DATED: April 9, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge