# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LARRY NELSON, et al.,<br><br>Defendants. | Case No. 3:20-cv-00211-MMA-AHG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT SYLENA SANDERS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[Doc. No. 6] |

Having considered the Joint Motion to Extend Time for Defendant SYLENA SANDERS to Respond to Plaintiff SAFECO INSURANCE COMPANY OF AMERICA's Complaint (the "Joint Motion"), and good cause having been shown, the Court **GRANTS** the Joint Motion. Accordingly, **IT IS HEREBY ORDERED THAT** Defendant SYLENA SANDERS shall respond to the Complaint of Plaintiff SAFECO INSURANCE COMPANY OF AMERICA on or before **May 4, 2020**.

**IT IS SO ORDERED**.

DATED: April 13, 2020

HON. MICHAEL M. ANELLO
United States District Judge