UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>LARRY NELSON, et al.,<br><br>        Defendants. | Case No. 20cv211-MMA-AHG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[Doc. No. 22] |

Pursuant to Federal Rules of Civil procedure Rule 41(a), Plaintiff Safeco Insurance Company of America and Defendants Larry Nelson and Sylena Sanders (collectively, the "Parties") filed a Joint Motion to Dismiss the Entire Action With Prejudice (the "Joint Motion"). Upon due consideration, the Court **GRANTS** the Joint Motion and **DISMISSES** Plaintiff's Complaint with prejudice. Each Party will bear their own attorneys' fees and costs. The Court **DIRECTS** the Clerk to close the case.

**IT IS SO ORDERED**.

DATE: June 14, 2021

HON. MICHAEL M. ANELLO
United States District Judge